WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KATHRYN B. BLAKEY, ESQ., Bar # 12701
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
E-mail: wkrincek@littler.com
E-mail: kblakey@littler.com

Attorneys for Defendant
ARISTOCRAT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RENE ANDERS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ARISTOCRAT TECHNOLOGIES, INC.; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>　　　　　Defendant. | Case No. 2:17-cv-00550-RFB-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Plaintiff, RENE ANDERS and Defendant, ARISTOCRAT TECHNOLOGIES, INC., hereby stipulate and respectfully request an Order dismissing the entire action with prejudice. Each party shall bear its own costs and attorney's fees.

Dated: June 28, 2017　　　　　　　　　　　　Dated: June 28, 2017

Respectfully submitted,　　　　　　　　　　　Respectfully submitted,

*/s/ Christian Gabroy, Esq.*　　　　　　　　　*/s/ Kathryn B. Blakey, Esq.*
CHRISTIAN GABROY, ESQ.　　　　　　　　WENDY MEDURA KRINCEK, ESQ.
JEFF SCARBOROUGH, ESQ.　　　　　　　　KATHRYN B. BLAKEY, ESQ.
GABROY LAW OFFICES　　　　　　　　　　LITTLER MENDELSON, P.C.

Attorneys for Plaintiff　　　　　　　　　　　　Attorneys for Defendant
RENE ANDERS　　　　　　　　　　　　　　　ARISTOCRAT TECHNOLOGIES, INC.

**IT IS SO ORDERED.**

Dated this  1st  day of ___July___, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

Firmwide:148473980.1 042448.1032